**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-1907

JERRY L. DOWNEY,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg. Norman K. Moon, District Judge. (CA-98-61)

Submitted: December 22, 1999      Decided: February 4, 2000

Before WILKINS and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

John E. Lane, III, Lynch Station, Virginia, for Appellant. James A. Winn, Regional Chief Counsel, Allyson Jozwik, Assistant Regional Counsel, Office of the General Counsel, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Robert P. Crouch, Jr., United States Attorney, Thomas L. Eckert, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry L. Downey appeals the district court's order affirming the Commissioner's decision that Downey's disability insurance benefits are subject to offset under 42 U.S.C.A. § 424a (West Supp. 1999). We have reviewed the briefs and the administrative record, and find that substantial evidence supports the Commissioner's decision. Downey's constitutional and equitable arguments are without merit. Accordingly, we affirm on the reasoning of the district court, adopting the magistrate judge's recommendation. See Downey v. Apfel, No. CA-98-61 (W.D. Va. June 30, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED